| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| DISTRICT OF OREGON, EUGENE DIVISION | |
| Case number *(if known)* _____ Chapter __11__ | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sawyer Wood Products, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Sawyer Paddles & Oars** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **93-0960080** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**299 Rogue River Pkwy**<br>**Talent, OR 97540-8621**<br>Number, Street, City, State & ZIP Code<br><br>**Jackson**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 389**<br>**Gold Hill, OR 97525-0389**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.paddlesandoars.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

| Debtor | **Sawyer Wood Products, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.naics.com/search/.
    _____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
        - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    - ■ No.
    - ☐ Yes.

    If more than 2 cases, attach a separate list.

    | District | When | Case number |
    |---|---|---|
    | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship to you | |
    |---|---|---|---|
    | District | When | Case number, if known | |

| Debtor | Sawyer Wood Products, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Sawyer Wood Products, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 3, 2016**
MM / DD / YYYY

X **/s/ Peter Newport**    **Peter Newport**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Keith Y. Boyd**    Date **February 3, 2016**
Signature of attorney for debtor    MM / DD / YYYY

**Keith Y. Boyd**
Printed name

**The Law Offices of Keith Y. Boyd**
Firm name

**724 S Central Ave 106**
**Medford, OR 97501**
Number, Street, City, State & ZIP Code

Contact phone **541-973-2422**    Email address **keith@boydlegal.net**

**760701**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

| | | | | | |
|---|---|---|---|---|---|
| Fill in this information to identify the case: | | | | | |
| Debtor name | Sawyer Wood Products, Inc. | | | | |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON, EUGENE DIVISION | | | | |
| Case number (if known): | | | | | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Columbia Bank<br>17800 SE Mill Plain Blvd Ste 100<br>Vancouver, WA 98683-7586 | Stan Cruse, Credit Officer<br><br>(360) 823-4565 | Security Interest | | $720,000.00 | $400,000.00 | $320,000.00 |
| Bergstrom, Bruce & Mary<br>705 Roca St<br>Ashland, OR 97520-3315 | (541) 840-1116 | Loan | | | | $295,000.00 |
| Ramirez, Israel<br>821 Niantic St # 3<br>Medford, OR 97501-5864 | (541) 499-9278 | Loan | | | | $25,000.00 |
| Fiberglass Supply, Inc.<br>11824 Watertank Rd<br>Burlington, WA 98233-3631 | Matthew Weaver, Owner<br><br>(509) 493-3464 | Trade debt | | | | $22,150.00 |
| Wells Fargo<br>3502 Excel Dr Ste 105<br>Medford, OR 97504-9135 | Pam Borja, Account Manager<br><br>(541) 857-8687 | Trade debt | | | | $19,196.00 |
| Profile Composites, Inc.<br>1945 NE Laurie Vei Loop<br>Poulsbo, WA 98370-8580 | Geoff Wood, Owner<br><br>(360) 620-2888 | Trade debt | | | | $16,000.00 |
| American Express<br>PO Box 30384<br>Salt Lake City, UT 84130-0384 | Accounts Receivable<br><br>(623) 492-7139 | Trade debt | | | | $15,444.00 |

| Debtor | Sawyer Wood Products, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hart Montgomery Outdoor Sales** PO Box 234 Salmon, ID 83467-0234 | **Brooks Montgomery, Owner** (208) 756-3303 | **Trade debt** | | | | $14,892.00 |
| **Fowler & McNair, LLP** PO Box 1746 Medford, OR 97501-0136 | **Charles McNair, Partner** (541) 779-4075 | **Attorney Fees** | | | | $11,636.00 |
| **Jarrell, Scott** 619 Shadow Way Central Point, OR 97502-2526 | (541) 816-1481 | **Loan** | | | | $10,000.00 |
| **Playak** Am Wasser 69, CH-8049 Zurich Switzerland | **Jeroen Houttu, Owner** (303) 800-4469 | **Trade debt** | | | | $6,500.00 |
| **Paddling.net, Inc.** 7500 Thornapple River Dr SE Caledonia, MI 49316-8464 | **Brian Van Drie, Owner** (616) 891-2998 | **Trade debt** | | | | $6,300.00 |
| **System Three Resins, Inc.** PO Box 399 Auburn, WA 98071-0399 | **Brett Cowman, President** (800) 333-5514 | **Trade debt** | | | | $5,756.00 |
| **Howland Distributing** PO Box 829 Coquille, OR 97423-0829 | **John Howland, Owner** (541) 572-5151 | **Trade debt** | | | | $4,392.00 |
| **DiRienzo, Mark** PO Box 965 Ashland, OR 97520-0033 | (541) 621-8393 | **Rent** | | | | $4,336.00 |
| **Source Interlink Media** PO Box 933852 Atlanta, GA 31193-3852 | **Billing Department** (630) 353-2505 | **Trade debt** | | | | $3,100.00 |
| **Ashland General Hardware, Inc.** 249 A St Ashland, OR 97520-1905 | **Phillip Emard, President** (541) 482-3476 | **Trade debt** | | | | $2,670.00 |

| Debtor | Sawyer Wood Products, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **S&S Sheetmetal, Inc.**<br>**912 Antelope Rd**<br>**White City, OR**<br>**97503-1607** | **Bruce Shipley, President**<br><br>**(541) 826-6661** | **Trade debt** | | | | $2,266.00 |
| **WCP Solutions**<br>**3600 Avion Dr**<br>**Medford, OR**<br>**97504-4011** | **Kris Isackson, Credit Manager**<br><br>**(541) 779-0400x1527** | **Trade debt** | | | | $2,136.00 |
| **Adventure Sales, Inc.**<br>**32718 193rd Ave SE**<br>**Kent, WA**<br>**98042-9705** | **Jim Ramsey, Owner**<br><br>**(206) 948-8048** | **Trade debt** | | | | $2,046.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sawyer Wood Products, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON, EUGENE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 3, 2016**      X **/s/ Peter Newport**
Signature of individual signing on behalf of debtor

**Peter Newport**
Printed name

**President**
Position or relationship to debtor

Keith Y. Boyd, OSB #760701
keith@boydlegal.net
The Law Offices of Keith Y. Boyd
724 S. Central Ave., Suite 106
Medford, OR 97501
Telephone: 541-973-2422
Facsimile: 541-973-2426
    Of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. |
|---|---|
| Sawyer Wood Products, Inc., <br><br> Debtor. | CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |

    I hereby certify that on February 3, 2016 I served full and complete copies of the following:

1. List of Creditors Holding 20 Largest Unsecured Claims; and
2. Self-adhesive labels for the debtor, parties designated to perform the debtor's duties, debtor's attorney, and each creditor on the List of Creditors Holding 20 Largest Unsecured Claims.

by depositing in the United States mail at Eugene, Oregon, by first class mail, postage prepaid, addressed to the following:

        Office of the U.S. Trustee
        Wayne L. Morse Courthouse
        405 East 8th Avenue, Suite 1100
        Eugene, OR 97401

    DATED this 3rd day of February, 2016.

                THE LAW OFFICES OF KEITH Y. BOYD

                By:    /s/ Keith Y. Boyd
                      Keith Y. Boyd, OSB #760701
                        Of Attorneys for Debtor in Possession

CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - **Page 1 of 1**