**United States Bankruptcy Court**
**District of Oregon, Eugene Division**

IN RE:                                                          Case No. _____
**Sawyer Wood Products, Inc.**                    Chapter    **11** _____
                              Debtor(s)

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

      Sawyer Wood Products, Inc _____, a
                      [Name of Corporate Party]

        (check one):

        [ X ]  Corporate Debtor

        [  ]  Party to an adversary proceeding

        [  ]  Party to a contested matter

        [  ]  Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly  **or indirectly**  own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

        _____
        _____
        _____
        _____

**OR**

[X    ]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

      Dated this 5tf_ day of **February**, **2016**.

                            */s/ Keith Y. Boyd*
                            Attorney Name, OSB #760701
                            [Address/Telephone/Fax/Email]

                            **724 S Central Ave 106**
                            **Medford, OR  97501**
                            **Phone: 541-973-2422   Fax: 541-973-2426**

                            Attorney for **Sawyer Wood Products, Inc.**