Ronald C. Becker, OSB #831519
Trial Attorney
Office of the United States Trustee
Wayne L. Morse Federal Courthouse
405 East Eighth Avenue, Room 1100
Eugene, Oregon 97401
Telephone: (541) 465-6330

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In Re: Sawyer Wood Products, Inc.<br><br>Debtor | Case No. 16-60250-fra11<br><br>APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
|---|---|

Based on 11 U.S.C. § 1102(a) and (b), the United States Trustee for Region 18, through

her attorney Ronald C. Becker, hereby appoints the following unsecured creditors of the above-

named debtor to the Committee of Unsecured Creditors:

| CREDITOR/<br>REPRESENTATIVE | ADDRESS | TELEPHONE/<br>FAX |
|---|---|---|
| **CHAIRPERSON**<br>Brett Cowman<br>System Three Resins, Inc.<br>brett@systemthree.com | P. O. Box 399<br>Auburn, WA  98071-0399 | Tele: 253-245-5304<br>Fax:  253-322-3960 |

| Matthew Weaver<br>Fiberglass Supply<br>matthew@fiberglasssupply.com | 11824 Watertank Rd.<br>Burlington, WA  98233 | Tele: 360-635-7164<br>Fax:  360-757-8284 |
|---|---|---|
| Bruce Bergstrom<br>bbashland@hotmail.com | 705 Roca Street<br>Ashland, OR  97520 | Tele: 541-482-5740<br>Fax:  541-482-5740 |

Dated:  March 7, 2016.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee


*/s/ Ronald C. Becker*
RONALD C. BECKER, OSB #831519
Trial Attorney

# CERTIFICATE OF SERVICE

I, Ronald C. Becker, hereby certify as follows:

1. On March 7, 2016, the attached document was served on the persons shown below by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon.

| | |
|---|---|
| Brett Cowman<br>c/o System Three Resins, Inc.<br>P. O. Box 399<br>Auburn, WA  98071-0399 | Matthew Weaver<br>c/o Fiberglass Supply<br>11824 Watertank Rd.<br>Burlington, WA  98233 |
| Bruce Bergstrom<br>705 Roca Street<br>Ashland, OR  97520 | |

2. Based on the Bankruptcy Court's Electronic Case Filing records, the following person(s) should be served electronically when the attached document is filed with the Court:

- KEITH Y BOYD    ecf@boydlegal.net, arnold@boydlegal.net
- ERICH M PAETSCH    epaetsch@sglaw.com, ktate@sglaw.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov


                                                */s/Ronald C. Becker*
                                                RONALD C. BECKER, OSB #831519
                                                Attorney for United States Trustee

**Page 1 of 1** – Certificate of Service